# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARGENTINA GUZMAN-PERDOMO,**
**QUELVIN MEJIA, ON BEHALF OF**
**THEMSELVES AND THOSE SIMILARLY**
**SITUATED,**

                **Plaintiffs,**

**-vs-**                                                                        **Case No. 6:11-cv-17-Orl-28GJK**

**LLT MANAGEMENT, LLC, OKI WEAR,**
**INC.,**

                **Defendants.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 13) filed March 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 21, 2011 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 13) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a

bona fide Fair Labor Standard Act dispute between Plaintiffs Argentina Guzman-Perdomo and Quelvin Mejia and Defendant LLT Management, LLC only.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

				JOHN ANTOON II
				United States District Judge